UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**ASHLEY JOHNSON, individually
and on behalf of all others
similarly situated,**

    **Plaintiff,**

v.                                                                  Case No.:  1:21-cv-24339-FAM

**McDONALD'S CORPORATION,**

    **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE PENDING SUBMISSION BY THE PARTIES TO THE COURT OF THEIR CLASS ACTION SETTLEMENT

The Parties respectfully notify the Court that a class-wide settlement was reached at mediation on July 12, 2022, subject to Court approval.  Therefore, the Parties respectfully ask that the Court stay this case to allow the Parties time to draft and submit to the Court their proposed class action settlement agreement.  The Parties request the Court set their deadline to submit their Motion for Preliminary Approval of their class action settlement within forty-five days from entry of an Order on this Notice.

Dated this 12th day of July, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/Brandon J. Hill* | */s/ Traci T. McKee* |
| **LUIS A. CABASSA** | **TRACI T. MCKEE** |
| Florida Bar Number: 053643 | Florida Bar No. 53088 |
| Direct No.: 813-379-2565 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| **BRANDON J. HILL** | 1050 K Street NW #400 |
| Florida Bar Number: 37061 | Washington, DC 20001 |
| Direct No.: 813-337-7992 | Phone: (202) 312-7440 |
| **WENZEL FENTON CABASSA, P.A.** | Fax: (202) 312-7461 |
| 1110 North Florida Ave., Suite 300 | traci.mckee@faegredrinker.com |
| Tampa, Florida 33602 | |

Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com

*Attorneys for Plaintiff*

**KIMBERLY A. JONES**
(admitted *pro hac vice*)
**RICHARD J. PEARL**
(admitted *pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
320 South Canal Street, Suite 3300
Chicago, IL 60606
Phone (312) 569-1000
Fax: (312) 569-3000
kimberly.jones@faegredrinker.com
rick.pearl@faegredrinker.com

*Attorneys for Defendant McDonald's Corporation*