UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24339-CIV-MORENO

ASHLEY JOHNSON, individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.

MCDONALD'S CORPORATION,

       Defendant.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Joint Notice of Settlement and Request to Stay Case Pending Submission by the Parties to their Class Action Settlement **(D.E. 35)**, filed on **July 12, 2022**.

In view of the parties' request for a stay to allow time for them to draft their proposed class action settlement agreement and the motion for preliminary approval of the settlement, the Court finds it advisable to grant the request. Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.    This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court by **October 20, 2022**, and every sixty days thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of July 2022.

```
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

Counsel of Record