UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24339-CIV-MORENO

ASHLEY JOHNSON, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

MCDONALD'S CORPORATION,

        Defendant.
_____/

## ORDER SETTING HEARING ON PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion For Preliminary Approval Of Class Action Settlement (**D.E. 37**), filed on **September 22, 2022**. It is

**ADJUDGED** that a hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **October 18, 2022 at 2:30pm**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd of October 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record