UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24339-CIV-MORENO

ASHLEY JOHNSON, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

MCDONALD'S CORPORATION,

        Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO APPEAR REMOTELY AT FINAL APPROVAL HEARING

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Appear Remotely at Final Approval Hearing (**D.E. 47**), filed on **January 27, 2023**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court will conduct the hearing in Open Court, but will allow counsel to appear telephonically. The Court will email counsel conference call instructions in advance of the hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of February 2023.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record