UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ASHLEY JOHNSON, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                               CASE NO.: 1:21-cv-24339-FAM

McDONALD'S CORPORATION,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's counsel's written submission, it is **ORDERED AND ADJUDGED** that the Plaintiff's Unopposed Motion for Attorneys' Fees and Costs, is **GRANTED**. Plaintiff's counsel is awarded a fee consisting of one-third of the Settlement Fund ($52,260.83), plus costs from the Settlement Fund totaling $4,336.45.

DONE and ORDERED this 13th day of February, 2023.

_____
FEDERICO A. MORENO
UNITED STATED DISTRICT JUDGE

Copies to:
Counsel of Record